# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY RENEE McCLURE,<br>Plaintiff,<br>v.<br>PRISONER TRANSPORTATION SERVICES OF AMERICA, et al.,<br>Defendants. | Case No. 1:18-cv-00176-DAD-SKO<br><br>**ORDER TO AMEND PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE**<br><br>(Doc. 2) |

**ORDER**

Plaintiff Terry Renee McClure, proceeding with counsel, filed a complaint on February 1, 2018, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (Docs. 1 & 2.) Plaintiff's application indicates that he is in the custody of Lexington County Jail in Lexington, South Carolina, but he has not attached a "statement certified by the appropriate institutional officers showing all receipts, expenditures, and balances during the last six months for any institutional account" in his name. (*See* Doc. 2 at 1.) In addition, Plaintiff does not indicate whether he has received income from any source in the past twelve months, whether he has any amount of money in cash or in a checking or savings account, whether he owns any real or personal property, the amount of his monthly expenses, the names of any persons who are dependent on him support, or any debts or financial obligations. (*See* Doc. 2.) Therefore, the Court is unable to determine at this time whether Plaintiff is entitled to proceed without prepayment of fees in this action.

Accordingly, IT IS HEREBY ORDERED that, **within 28 days from the date of this Order**, Plaintiff shall either (1) file an amended application to proceed *in forma pauperis* that fully responds to all applicable questions and that attaches a statement showing all receipts,

expenditures, and balances during the last six months for any institutional account in his name, or (2) pay the $400.00 filing fee for this action.

IT IS SO ORDERED.

Dated: **February 6, 2018**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE