# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY RENEE McCLURE,<br>  Plaintiff,<br>  v.<br>PRISONER TRANSPORTATION SERVICES OF AMERICA, LLC, et al.,<br>  Defendants. | Case No. 1:18-cv-00176-DAD-SKO<br><br>**ORDER GRANTING STIPULATION RE: PLAINTIFF'S AGREEMENT TO AMEND THE COMPLAINT**<br><br>(Doc. 14) |

**ORDER**

Pursuant to the parties' stipulation (Doc. 14), and good cause appearing, Plaintiff shall amend the Complaint on or before June 5, 2018.

IT IS SO ORDERED.

Dated: **May 16, 2018**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE