LAW OFFICE OF STRATTON S. BARBEE
Stratton S. Barbee, Bar No. 231026
6700 Freeport Blvd., Ste. 203-A
Sacramento, CA 95822
strattonbarbee@hotmail.com
(916) 684-9389

Attorney for Plaintiff
Terry R. McClure

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY RENEE MCCLURE, | Case No.: 1:18-CV-00176-DAD-SKO |
| Plaintiff, | **ORDER GRANTING STIPULATION TO FILE AMENDED COMPLAINT** |
| vs. | |
| PRISONER TRANSPORTATION SERVICES OF AMERICA, LLC, ET. AL. | **(Doc. 63-1)** |
| Defendants. | |

## STIPULATION

WHEREAS plaintiff Dustin Hubbard has filed a legal action in the United States District Court for the Eastern District of California in Case Number 1:18-CV-917, and

WHEREAS plaintiff's causes of action and alleged injuries stem from the exact same motor vehicle accident at issue in the instant case, and

WHEREAS Attorney Stratton S. Barbee represents both Mr. Hubbard in Case Number 1:18-CV-917 and plaintiff Terry McClure in the instant action, and

FOR the sake of judicial economy and convenience to all the parties involved and the court,

1

The undersigned parties do hereby stipulate to the amending of the complaint in this action for the sole purpose of adding Dustin Hubbard as one of the plaintiffs in this case, and to add his factual allegations and causes of action to the complaint. The parties further agree that neither plaintiff shall add any new causes of action or new substantive factual allegations to the amended complaint that are not already contained in their respective complaints.

Respectfully submitted,

Dated: December 11, 2018 _/S/Stratton S. Barbee_____
STRATTON S. BARBEE
Attorney for Plaintiffs
Terry McClure & Dustin Hubbard

Dated: December 11, 2018 __/S/Talia L. Delanoy_____
TALIA L. DELANOY
Attorney for Cross-Complainant/
Third Party Defendant
Albert T. Gonzalez

Dated: January 8, 2019 ___/S/Quentin Cedar_____
Quentin Cedar
Attorney for Defendant/Cross-Defendants Prisoner
Transportation Services of America and Cleveland Wheeler

Dated: December 11, 2018 ____/S/Deborah Bartlett_____
DEBORAH BARTLETT
Attorney for Defendants/Cross-Claimants/Cross-Defendants/Third Party Plaintiffs, Fausto Avalos and Leticia Avalos

# **ORDER**

On January 8, 2019, Plaintiff filed a "First Amended Complaint" (Doc. 63) and attached a joint stipulation authorizing the filing of an amended complaint "for the sole purpose of adding Dustin Hubbard as one of the plaintiffs in this case, and to add his factual allegations and causes of action to the complaint" (the "Stipulation") (Doc. 63-1). The "First Amended Complaint" filed on January 8, 2019, was an identical copy of the amended complaint previously filed on June 5, 2018, which did not add Dustin Hubbard as a plaintiff or set forth any related factual allegations or causes of action, in accordance with the parties' Stipulation. (*See* Docs. 18, 63.) On January 9, 2019, Plaintiff filed a Second Amended Complaint, which properly adds Dustin Hubbard as a plaintiff and includes the additional related factual allegations and causes of action. (Doc. 65.)

Pursuant to the Stipulation (Doc. 63-1) and good cause appearing, the Stipulation is HEREBY GRANTED *nunc pro tunc* to January 9, 2019. Plaintiff's Second Amended Complaint (Doc. 65), is deemed the operative complaint in this case. Defendant may file a responsive pleading or answer within the time permitted under the Federal Rules of Civil Procedure and the applicable Local Rules.

IT IS SO ORDERED.

Dated: **January 11, 2019**                     /s/ *Sheila K. Oberto*
                                                UNITED STATES MAGISTRATE JUDGE