UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY RENEE MCCLURE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> PRISONER TRANSPORTATION SERVICES OF AMERICA, LLC, et al., <br><br> Defendants. | No. 1:18-cv-0176-DAD-SKO <br><br> **ORDER GRANTING IN PART REQUEST TO MODIFY SCHEDULING ORDER** <br><br> **(Doc. 95)** |

On October 22, 2019, Third-Party Plaintiffs/Defendants Leticia Monique Avalos and Fausto Avalos, Defendants Prisoner Transportation Services of America, LLC and Cleveland Robert Wheeler, and Third-Party Defendant Albert T. Gonzalez ("Defendants"), filed a request to modify the scheduling order by extending all deadlines by 90 days. (Doc. 95.) Currently, the non-expert discovery deadline is November 15, 2019, the expert discovery deadline is December 31, 2019, the dispositive motions deadline is January 31, 2020, and the trial date is set for July 21, 2020. (Doc. 67.) Defendants note that the depositions of Dustin Hubbard and Cleveland Wheeler still need to be conducted but do not state what other discovery is needed to necessitate a 90-day extension of all deadlines. (*See* Doc. 95 at 2–3.) Plaintiffs oppose the request. (Docs. 97, 98.)

The Court finds good cause to extend the deadlines in the scheduling order, but not to the extent requested by Defendants. Instead, the Court will extend the non-expert discovery deadline by 30 days <u>for the limited purpose of completing the depositions of Dustin Hubbard and Cleveland Wheeler,</u> and extend the remaining deadlines by approximately 30 days, which will allow the parties adequate time to complete the depositions and incorporate them into their expert discovery.

Accordingly, for good cause shown, the Court GRANTS IN PART Defendants' request and will modify the scheduling order and enlarge the deadlines as follows:

| Event | Prior Date | Continued Date |
|---|---|---|
| Non-Expert Discovery Completion (**for limited purpose of depositions of Dustin Hubbard and Cleveland Wheeler**) | November 15, 2019 | December 16, 2019 |
| Expert Disclosures | November 22, 2019 | December 23, 2019 |
| Rebuttal Expert Disclosures | December 20, 2019 | January 21, 2020 |
| Expert Discovery Completion | December 31, 2019 | January 30, 2020 |
| Non-Dispositive Motion Filing | January 17, 2020 | February 18, 2020 |
| Non-Dispositive Motion Hearing | February 19, 2020 | March 18, 2020 |
| Dispositive Motion Filing | January 31, 2020 | March 2, 2020 |
| Dispositive Motion Hearing | March 17, 2020 | April 21, 2020 |
| Settlement Conference | January 16, 2020 | February 13, 2020 |
| Pretrial Conference | May 26, 2020 | June 29, 2020, at 2:30 p.m. |
| Trial | July 21, 2020 | August 25, 2020, at 8:30 a.m. |

IT IS SO ORDERED.

Dated: **November 4, 2019**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE