TALIA L. DELANOY (SBN: 239973)
tdelanoy@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
3 Park Center Drive, Suite 200
Sacramento, CA 95825
Telephone: (415) 875-3343
Facsimile: (916) 920-4402

Attorneys for Defendant/Cross-Defendant/Cross-Claimant ALBERT T. GONZALEZ, JR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY RENEE MCCLURE, DUSTIN HUBBARD, | Case No.: **1:18-CV-00176-DAD-SKO** |
| Plaintiffs, | STIPULATION REGARDING COURT-ORDERED DEPOSITION OF PLAINTIFF DUSTIN HUBBARD; ORDER |
| vs. | |
| PRISONER TRANSPORTATION SERVICES OF AMERICA, LLC, CLEVELAND ROBERT WHEELER, LETICIA MONIQUE AVALOS, FAUSTO AVALOS | (Doc. 106) |
| Defendants. | |
| LETICIA MONIQUE AVALOS, FAUSTO AVALOS, | |
| Third-Party Plaintiffs, | |
| v. | |
| ALBERT T. GONZALEZ, | |
| Third-Party Defendant. | |

On November 20, 2019, the Court held a telephonic hearing on Plaintiff Dustin Hubbard's Motion for Protective Order. (Doc. [102].) Stratton Barbee, Esq., appeared on behalf of Plaintiff Hubbard. Quentin Cedar, Esq. and Brandon Gnekow, Esq. appeared on behalf of Defendants Prisoner Transportation Services of America, LLC and Cleveland Robert Wheeler. Deborah

STIPULATION REGARDING COURT ORDERED DEPOSITION OF PLAITNIFF DUSTIN HUBBARD; ORDER

Bartlett, Esq., appeared on behalf of Defendants Leticia Monique Avalos and Fausto Avalos, and Talia Delanoy, Esq., appeared on behalf of the Defendant Albert T. Gonzalez. Judge Oberto issued a minute order on November 21, 2019 as follows: "As set forth on the record, to accommodate Plaintiff Hubbard's request to conduct his deposition in the most cost-effective manner given his indigency (and despite his having had adequate notice of the place and time of the deposition), the Motion for Protective Order is GRANTED insofar as it seeks a continuance of Plaintiff Hubbard's deposition, currently set for November 21, 2019, in Sacramento, California. *See Douglas v. Shasta Cty.,* No. CIV S-08-2058-FCD-CMK, 2010 WL 760643, at *3 (E.D. Cal. Mar. 4, 2010)."

The Court ordered that "Plaintiff Hubbard's deposition SHALL be conducted in person and take place on December 11, 2019, at 11:00 A.M. in Sacramento, California, with Plaintiff Hubbard to bear the expense of his travel to the deposition." The Court further ordered that "Plaintiff's Motion for Protective Order is in all other respects DENIED."

The parties hereby stipulate and agree that the deposition of Plaintiff DUSTIN HUBBARD, currently scheduled for December 11, 2019 at 11:00 a.m., will be rescheduled to **December 10, 2019 at 11:00 a.m.** per the agreement of the parties, and will take place at the offices of Gordon Rees Scully Mansukhani, LLP, 3 Parkcenter Drive, Suite 200, Sacramento, CA 95825. All other orders of the court as indicated in the November 21, 2019 minute order are unchanged.

**IT IS SO STIPULATED**.

Dated: November 22, 2019          GORDON REES SCULLY MANSUKHANI, LLP


By: /s/  *Talia L. Delanoy*
      TALIA L. DELANOY
      Attorneys for Defendant/Cross-Defendant/Cross-
      Claimant Albert T. Gonzales, Jr.

Dated: November 22, 2019          LAW OFFICES OF STRATTON S. BARBEE


By: /s/ Stratton S. Barbee
      STRATTON S. BARBEE
      Attorney for Plaintiffs

Dated: November 22, 2019                     WILKINS, DROLSHAGEN & CZESHINSKI, LLP

By: _/s/_ *Quentin Cedar*_____
       QUENTIN CEDAR
       Attorneys for Defendant/Cross-Defendant/Cross-
       Claimant Prisoner Transportation Services of
       America, LLC and Cleveland Robert Wheeler

Dated: November 22, 2019                     PORTER SCOTT, APC

By: _/s/_ *C.M. Brandon Genkow*_____
       C.M. BRANDON GNEKOW
       Attorneys for Defendant/Cross-Defendant/Cross-
       Claimant Prisoner Transportation Services of
       America, LLC and Cleveland Robert Wheeler

Dated: November 22, 2019                     POWERS MILLER

By: _/s/_ *Deborah Lee Partlett*_____
       DEBORAH LEE PARTLETT
       Attorneys for  Defendants/Cross-Claimants/Third
       Party Plaintiffs Fausto Avalos and Leticia Monique
       Avalos

## ORDER

Pursuant to the parties' above Stipulation (Doc. 106), it is hereby ordered that the deposition of Plaintiff Dustin Hubbard is rescheduled to take place on **December 10, 2019, at 11:00 a.m.** at the office of Gordon Rees Scully Mansukhani, LLP in Sacramento.  All other orders of the Court as set forth in the November 21, 2019 minute order remain unchanged.

IT IS SO ORDERED.

Dated:  **November 25, 2019**           _/s/ Sheila K. Oberto_____
                                      UNITED STATES MAGISTRATE JUDGE

STIPULATION REGARDING COURT ORDERED DEPOSITION OF PLAITNIFF DUSTIN HUBBARD; ORDER