# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY RENEE MCCLURE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>PRISONER TRANSPORTATION SERVICES OF AMERICA, LLC, et al.,<br><br>Defendants. | No. 1:18-cv-00176-DAD-SKO<br><br>**ORDER RE INFORMAL DISCOVERY DISPUTE CONFERENCE** |

Having considered the parties' letter briefs regarding their informal discovery dispute and heard argument of counsel at the informal discovery dispute conference held on January 29, 2020, for the reasons stated during the conference, the request to exclude Dr. Wobrock, Defendants Leticia Monique Avalos and Fausto Avalos' expert witness, is DENIED, and the request to modify the scheduling order to permit the parties to disclose rebuttal expert witnesses to rebut Dr. Wobrock and conduct further expert discovery in this regard, is GRANTED.

It is therefore ORDERED:

(1) By no later than **January 30, 2020 at 11:00 a.m.**, the parties shall meet and confer to agree on a proposed modification to the scheduling order; and

(2) By no later than **January 31, 2020**, the parties shall file a stipulation setting forth their proposed modification to the scheduling order as set forth above.

IT IS SO ORDERED.

Dated: **January 29, 2020**             /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE