UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY RENEE MCCLURE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>PRISONER TRANSPORTATION SERVICES OF AMERICA, LLC, et al.,<br><br>Defendants. | No. 1:18-cv-0176-DAD-SKO<br><br>**ORDER RE THE PARTIES' STIPULATION TO MODIFY THE SCHEDULING ORDER**<br><br>**(Doc. 121)** |

On January 31, 2020, pursuant to the Court's order, (Doc. 119), the parties filed a "Stipulated Request to Modify Scheduling Order." (Doc. 121.) The parties request that the Court extend the rebuttal expert disclosures deadline "as it pertains to Avalos's expert disclosure only" until February 28, 2020; the expert discovery deadline until April 10, 2020; the non-dispositive motions filing and hearing deadlines to April 27, 2020 and May 29, 2020, respectively; and the dispositive motions filing and hearing deadlines to May 9, 2020 and June 29, 2020, respectively. (*Id.* at 2.) The parties request that the Court leave the settlement conference, pretrial conference, and trial dates unchanged. (*Id.*)

The Court finds good cause to extend the deadlines in the scheduling order.[1] As set forth during the informal discovery dispute conference on January 29, 2020 and in the Court's order following the informal discovery dispute conference, (Doc. 119), the Court will allow the parties

---

[1] The Court will also continue the pretrial conference and trial dates to give the Court sufficient time to rule on dispositive motions and adjust certain of the parties' dates to conform to the Court's scheduling preferences.

additional time to complete expert discovery <u>only as it relates to Dr. Wobrock, the expert disclosed by Defendants Leticia Monique Avalos and Fausto Avalos, and any rebuttal experts disclosed to rebut Dr. Wobrock.</u>[2]  (*See* Doc. 119.)

Accordingly, for good cause shown, the Court will modify the scheduling order and enlarge the deadlines as follows:

| Event | Prior Date | Continued Date |
|---|---|---|
| Rebuttal Expert Disclosures (**pertaining to Dr. Wobrock and any rebuttal experts disclosed to rebut Dr. Wobrock only**) | January 21, 2020 | February 28, 2020 |
| Expert Discovery Completion (**pertaining to Dr. Wobrock and any rebuttal experts disclosed to rebut Dr. Wobrock only**) | January 30, 2020 | April 10, 2020 |
| Non-Dispositive Motion Filing | February 18, 2020 | April 27, 2020 |
| Non-Dispositive Motion Hearing | March 18, 2020 | May 27, 2020 |
| Dispositive Motion Filing | March 2, 2020 | May 8, 2020 |
| Dispositive Motion Hearing | April 21, 2020 | June 16, 2020 |
| Settlement Conference | March 19, 2020 | Unchanged |
| Pretrial Conference | June 29, 2020 | August 24, 2020 |
| Trial | August 25, 2020 | October 20, 2020 |

All other directives in the scheduling order, (Doc. 67), remain unchanged.

IT IS SO ORDERED.

Dated:  **February 3, 2020**                         /s/ *Sheila K. Oberto*
                                                                        UNITED STATES MAGISTRATE JUDGE

---

[2] As set forth during the informal discovery dispute conference, to the extent any party asserts that additional expert discovery is needed for any purpose other than discovery related to Dr. Wobrock and any rebuttal experts disclosed to rebut Dr. Wobrock, that party must submit a motion or stipulation establishing independent good cause for a modification of the scheduling order to permit such additional discovery.