UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY RENEE MCCLURE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> PRISONER TRANSPORTATION SERVICES OF AMERICA, LLC, et al., <br><br> Defendants. | No. 1:18-cv-0176-DAD-SKO <br><br> **ORDER GRANTING IN PART REQUEST TO MODIFY SCHEDULING ORDER** <br><br> **(Docs. 132, 133)** |

On April 3, 2020, Third-Party Plaintiffs/Defendants Leticia Monique Avalos and Fausto Avalos, Defendants Prisoner Transportation Services of America, LLC and Cleveland Robert Wheeler, and Third-Party Defendant Albert T. Gonzalez ("Defendants"), filed a request to modify the scheduling order by extending the expert discovery deadline and non-dispositive and dispositive motions deadlines by approximately sixty days. (Doc. 132; *see* Doc. 133.) Defendants request that the Court keep the currently scheduled settlement conference, pretrial conference, and trial dates. (Doc. 132 at 4.) Defendants contend that the coronavirus (COVID-19) pandemic has resulted in the parties being unable to complete expert depositions by the current expert discovery deadline. (*See id.* at 3.) On April 9, 2020, Plaintiffs filed a notice of non-opposition to the request. (Doc. 135.)

The Court finds good cause to extend the deadlines in the scheduling order as requested. However, the Court will adjust certain of the parties' dates to conform to the Court's scheduling

preferences and will extend the pretrial conference and trial dates as well, to give the Court sufficient time to rule on dispositive motions.  The settlement conference date will remain August 20, 2020, but the parties may file a request to continue the settlement conference if later deemed necessary.

Accordingly, for good cause shown, the Court GRANTS IN PART the request and will modify the scheduling order and enlarge the deadlines as follows:

| Event | Prior Date | Continued Date |
|---|---|---|
| Expert Discovery Completion (**pertaining to depositions of Dr. Wobrock and the rebuttal expert disclosed to rebut Dr. Wobrock only**)[1] | April 10, 2020 | June 26, 2020 |
| Non-Dispositive Motion Filing | April 27, 2020 | July 10, 2020 |
| Non-Dispositive Motion Hearing | May 27, 2020 | August 12, 2020 |
| Dispositive Motion Filing | May 8, 2020 | July 17, 2020 |
| Dispositive Motion Hearing | June 16, 2020 | August 25, 2020 |
| Settlement Conference | August 20, 2020 | Unchanged |
| Pretrial Conference | August 24, 2020 | October 26, 2020, at 2:30 p.m. |
| Trial | October 20, 2020 | January 5, 2021, at 8:30 a.m. |

IT IS SO ORDERED.

Dated:   **April 14, 2020**                                   /s/ *Sheila K. Oberto*                
                                                                     UNITED STATES MAGISTRATE JUDGE

---

[1] The Court previously extended the rebuttal expert disclosures deadline and expert discovery deadline for the limited purpose of rebuttal expert disclosures and discovery related to Dr. Wobrock, the expert disclosed by Defendants Leticia Monique Avalos and Fausto Avalos, and any experts disclosed to rebut Dr. Wobrock.  (*See* Doc. 122 at 2.)  The parties now state that only Defendants Prisoner Transportation Services of America, LLC and Cleveland Robert Wheeler disclosed such a rebuttal expert, and request that the expert discovery deadline be extended for the limited purpose of "depositions of Dr. Wobrock and the rebuttal expert disclosed to rebut Dr. Wobrock only." (Doc. 132 at 4.)  For good cause shown, and because no party opposes the request, the extension will be so limited.

2