UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY RENEE MCCLURE, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　　v.<br><br>PRISONER TRANSPORTATION SERVICES OF AMERICA, LLC, et al.,<br><br>　　　　　　Defendants. | No. 1:18-cv-00176-DAD-SKO<br><br>AMENDED ORDER GRANTING PLAINTIFFS' MOTION FOR A FOURTEEN-DAY EXTENSION OF TIME<br><br>(Doc. No. 148) |

On July 2, 2020, defendant Prisoner Transportation Services of America, LLC ("PTSA") filed a motion for summary judgment in this action. (Doc. Nos. 137, 138.) Plaintiffs Terry McClure and Dustin Hubbard filed their opposition to the motion on July 21, 2020. (Doc. No. 144.) However, on July 23, 2020, plaintiffs filed a motion seeking a fourteen-day extension of time to supplement that opposition and notified the court of their intent to file signed declarations in support of their opposition to the pending motion for summary judgment.[1] (Doc. No. 148.) Pursuant to Federal Rule of Civil Procedure 56(d), plaintiffs request additional time to file their

/////

---

[1] On July 21, 2020, with their opposition to the motion for summary judgment, plaintiffs filed a request for additional time to file their declarations. (Doc. No. 143.) On July 22, 2020, the Clerk of the Court directed plaintiffs to properly re-file the request as a motion for extension of time.

1

declarations due to the fact that plaintiff McClure is currently in custody in South Carolina and plaintiff Hubbard resides in Washington state. (*Id.* at 2.)

On July 24, 2020, the court granted plaintiffs' motion for extension of time. (Doc. No. 149.) In that order, the undersigned inadvertently granted the motion and set filing deadlines based on the docket numbers and dates associated with a separate pending motion for summary judgment, which was filed by defendants Leticia Monique Avalos and Fausto Avalos on July 17, 2020. (Doc. Nos. 140, 141.)

Accordingly, the court hereby strikes the previous order granting plaintiffs' motion for a fourteen-day extension of time from the docket. (Doc. No. 149.) The court again grants plaintiffs' motion for a fourteen-day extension of time. (Doc. No. 148.) The deadline for plaintiffs to file their signed declarations in support of their opposition to defendant PTSA's motion for summary judgment (Doc. Nos. 137, 138) is extended to August 4, 2020. The time for defendant PTSA filing of any reply in support of its motion is extended as well and will run from the date plaintiffs' executed declarations are filed and served.

IT IS SO ORDERED.

Dated: **July 27, 2020**

　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE